IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rosa Lopez, | NO. C 06-04575 JW |
|       Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Reynita Restaurant Taqueria, et al., | |
|       Defendants. | |

In light of the stipulation by the parties, the Court continues the case management conference presently scheduled for November 27, 2006 to **January 8, 2007 at 10 AM.** Pursuant to the Civil Local Rules of the Court, the parties shall file a joint case management statement no later than ten (10) days before the date of the conference.

Dated: November 22, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Dal Bon jdblaw@earthlink.net

Reyna Zepeda
Reynita Restaurant
745 Railroad Avenue
Pittsburg, CA 94565

**Dated:  November 22, 2006**                              **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers**
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California