1  RAND L. STEPHENS SBN 117229
   LAW OFFICES OF RAND L. STEPHENS
2  1125 - B ARNOLD DR. #278
   MARTINEZ, CA. 94553
3  (510) 232-9335
   Facsimile: (510) 232-4633
4  Email: rand@randslaw.com

5  Attorney for Defendants:
   REYNITA RESTAURANT Y TAQUERIA,
6  REYNA ZEPEDA

7

8  THE UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

9

10 ROSA LOPEZ                                    Case No.: **5:06-cv-04575-JW**

11         Plaintiff,                            STIPULATION OF THE PARTIES
                                                 CONTINUE THE CASE MANAGEMENT
12     vs.                                       CONFERENCE; ORDER

13 REYNITA RESTAURANT Y TAQUERIA,                [Local Rule Civil 6.2]
   REYNA ZEPEDA, DOES 1-20
14

15         Defendants,

16

17                     **STIPULATION**

18         Counsel for Defendant has a trial scheduled to begin in the Contra Costa Superior Court

19 on the date presently set for the Case Management Conference. Defendants were unrepresented

20 at the time the present Case Management Conference was agreed to take place. Counsel for

21 Defendants first appeared in this matter on December 13, 2007. Defendants believe there is good

22 cause shown to continue the conference.

23         The parties hereby stipulate that the case management conference scheduled for January

24 8, 2007 may be continued to ~~January 15, 2007~~ February 5, or to such date thereafter as the Court determines

25 appropriate.

Stipulation to Continue Case Management Conference - 1

```
1                          LAW OFFICES OF RAND L. STEPHENS
2
3  Dated: January 3, 2007
                                     By_____/s/_____
4                                        RAND L. STEPHENS,
                                         Attorney for Defendants
5
6  .
7  For Plaintiff ROSA LOPEZ:
8                                        DAL BON & WANG
9
10 Dated: January __, 2007
                                     By_____/s/_____
11                                       JAMES DAL BON,
                                         Attorney for Plaintiff
12
13                                ORDER
14
   For good cause shown,
15
   IT IS ORDERED that the Case Management Conference scheduled for January 8, 2007 is
16            February 5
   continued to ~~January 15~~, 2007 at 10:00 a.m.
17
   January _03_, 2007
18
19
                                     _____
20                                   The Honorable JAMES WARE,
                                     District Court Judge
21
```

Stipulation to Continue Case Management Conference - 2