IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rosa Lopez, | NO. C 06-04575 JW |
|     Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **RE: ENFORCEMENT OF SETTLEMENT** |
| Reynita Restaurant, et al., | |
|     Defendants. | |

Before the Court is Plaintiff's motion to enter a judgment enforcing a settlement agreement reached by the parties on October 15, 2007. (See Docket Item No. 19.) Plaintiff contends that Defendants have breached the settlement agreement. To date, Defendants have failed to file a response to Plaintiff's motion.

Accordingly, Defendants shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, California. on **March 24, 2008 at 9:00 a.m.** and to show cause, if any, why a judgment should not be issued in favor of Plaintiff as per the terms of the settlement agreement. On or before **March 18, 2008**, Defendants shall file a statement in response to the Order to Show Cause. The statement shall set forth the reasons for noncompliance and detail the steps being taken by Defendants to fulfill their obligations under the settlement agreement.

Failure to comply with this Order may warrant appropriate Court sanctions against Defendants.

Dated: March 13, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Dal Bon jdblaw@earthlink.net
Randy L. Stephens rand@randslaw.com

**Dated: March 13, 2008**                      **Richard W. Wieking, Clerk**

                                            **By:    /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                         **Courtroom Deputy**