IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rosa Lopez, | NO. C 06-04575 JW |
| Plaintiff, | **ORDER RE: SHOW CAUSE HEARING** |
| v. | |
| Reynita Restaurant, et al., | |
| Defendants. | |

The Court has ordered Defendants to appear and to show cause why a judgment should not be entered to enforce the terms of a settlement agreement reached between the parties. (See Docket Item No. 21.) The hearing is currently scheduled for March 24, 2008.

Defendants' counsel has filed a response stating as follows:

> Defendants have no meritorious defense to the order to show cause. Defendants are well aware of the significance of any failure to pay the judgment and understand that a judgment will be entered for their breach of the settlement agreement. Despite repeated attempts, I have been unable to contact Defendants.
> I am the sole caretaker of my significant other. She has terminal cancer and is only expected to live days or weeks. I ask that I be excused from appearing at the hearing.

(See Docket Item No. 22.

//

//

In light of counsel's representation that he can offer no meritorious defense, he may chose whether to appear at the hearing or rest his argument on the papers submitted.

Dated:  March 18, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Dal Bon jdblaw@earthlink.net
Randy L. Stephens rand@randslaw.com

**Dated:  March 18, 2008**                               **Richard W. Wieking, Clerk**

                                                                  **By:   /s/ JW Chambers
                                                                          Elizabeth Garcia
                                                                          Courtroom Deputy**